FILED

SEP 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. SMITH, <br><br> Plaintiff, <br><br> v. <br><br> CITIFINANCIAL; CITIBANK USA, NA; et al. <br><br> Defendant(s). | No. C 06-2966 CW <br><br> **ORDER DENYING MULTIPLE DEFENDANTS' REQUESTS TO BE EXCUSED FROM PERSONAL ATTENDANCE AT MEDIATION** |

Having considered the written submissions from the parties, the Court finds that Defendants Equifax, Trans Union, and Experian (collectively, "Defendants") have not demonstrated that the personal attendance by their representatives at an upcoming mediation would "impose an extraordinary or otherwise unjustifiable hardship." See ADR Local Rule, 6-9(d). Accordingly, the Court DENIES Defendants' request to be relieved from compliance with the ADR Local Rules by having their representatives attend the upcoming mediation by telephone.

IT IS SO ORDERED.

Dated: September 28, 2006

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
  WDB, stats
  CW, ADR, neutral, all parties

1