**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com
Sean A. Kading (State Bar No. 211540)
s.kading@mpglaw.com

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. SMITH, | Case No. 4:06-cv-02966-CW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC** |
| vs. | |
| CITIFINANCIAL; CITIBANK USA, NA; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Plaintiff Kenneth E. Smith and Defendant Trans Union LLC have negotiated a settlement in this case. The parties agree to stipulate to dismiss the case against Trans Union LLC only with prejudice, each side to bear his or its own costs and fees.

**SO STIPULATED.**

DATED: December 11, 2006       KEMNITZER ANDERSON BARRON & OGILVIE

By:  /s/ Andrew J. Ogilvie
Andrew J. Ogilvie
Attorneys for Plaintiff KENNETH E. SMITH

510598.1

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC**

1  DATED: December 11, 2006      MUSICK, PEELER & GARRETT LLP
2
3                                 By:   /s/ Donald E. Bradley
                                        Donald E. Bradley
4                                       Attorneys for Defendant TRANS UNION LLC
5
6                                **ORDER**
7       Pursuant to the foregoing stipulation,
8       **IT IS HEREBY ORDERED THAT** Plaintiff's action against Trans
9  Union LLC is dismissed with prejudice.
10
11         12/22/
12  DATED: _____, 2006        The Honorable Claudia Wilken
                                   United States District Judge
13
14
15
...
28

1
2
3  DATED: December 11, 2006        MUSICK, PEELER & GARRETT LLP
4
5                                  By: _____
6                                       Donald E. Bradley
                                        Attorneys for Defendant TRANS UNION LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

510598.1

3

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC**