| | |
|---|---|
| 1 | Brian J. Recor (State Bar No. 229091) |
| | brecor@jonesday.com |
| 2 | JONES DAY |
| | 3 Park Plaza, Suite 1100 |
| 3 | Irvine, CA  92614 |
| | Telephone:     (949) 851-3939 |
| 4 | Facsimile:     (949) 553-7539 |
| 5 | Attorneys for Defendant |
| | Experian Information Solutions, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. SMITH,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITIFINANCIAL; CITIBANK USA, NA;TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No. 4:06-cv-02966-CW<br><br>Judge Claudia Wilken<br><br>**STIPULATION OF DISMISSAL AND <s>[PROPOSED]</s> ORDER OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)] |

LAI-2256764v1

STIPULATION OF DISMISSAL &
[PROP.] ORDER 4:06-cv-02966-CW

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED** by and between Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Kenneth E. Smith ("Plaintiff") by and though their respective counsel of record, that the Complaint filed by Plaintiff against Experian on May 2, 2006 be dismissed without prejudice as against Experian. This stipulation is made pursuant to Federal Rule of Civil Procedure 41(a). Each of the undersigned parties agrees that each party shall bear its own costs and attorney's fees associated with this dispute.

Dated: December 20, 2006        JONES DAY

By: /s/ Brian J. Recor
    Brian J. Recor

Attorneys for Defendant
Experian Information Solutions, Inc.

Dated: December__, 2006        KEMNITZER, ANDERSON, BARRON & OGILVIE LLP

By:
    Andrew Ogilvie

Attorneys for Plaintiff
Kenneth E. Smith

1
2  **ORDER**
3
4   Upon the stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED that the Complaint filed by Plaintiff Kenneth E. Smith against Defendant Experian Information Solutions, Inc. on May 2, 2006 shall be dismissed without prejudice as against Experian Information Solutions, Inc.
5
6
7
8
9  Dated: 1/3/07            By: _____
10                               Honorable Claudia Wilken
                                 United States District Court
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28