| | |
|---|---|
| 1 | THOMAS P. QUINN, JR. |
| 2 | NOKES & QUINN |
|   | 450 OCEAN AVENUE |
| 3 | LAGUNA BEACH, CA 92651 |
|   | Tel: (949) 376-3055 |
| 4 | Fax: (949) 376-3070 |
| 5 | Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. SMITH, | ) |
| | ) |
| Plaintiff, | ) Case No. C 06 2966 CW |
| | ) |
| vs. | ) STIPULATION OF DISMISSAL |
| | ) WITH PREJUDICE AS TO |
| CITIFINANCIAL; CITIBANK | ) DEFENDANT EQUIFAX |
| USA, NA; TRANS UNION, LLC; | ) and |
| EQUIFAX INFORMATION | ) [PROPOSED] ORDER |
| SERVICES, LLC and EXPERIAN | ) |
| INFORMATION SOLUTIONS, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the Plaintiff against Defendant Equifax Information Services LLC ("EIS") are hereby dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal herein and to make

- 1 –

*Smith v. CitiFinancial et al.,* case no. C 06 2966 CW
Stipulation and Order for Dismissal of Equifax Information Services
ATLLIB01 2046691.1

1  all such orders and judgments which may be necessary and proper to dismiss the above-
2  titled action against EIS with prejudice.
3       **IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this
4  stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred
5  by each respectively in connection with said action.

                                                    Kemnitzer Anderson Barron &
                                                    Ogilvie LLP

DATED: January 18, 2007          /s/  Andrew J. Ogilvie
                                                      Andrew J. Ogilvie
                                                      Attorney for plaintiff, KENNETH SMITH

                                                      NOKES & QUINN

Dated: January 18, 2007           /s/  Thomas P. Quinn, Jr
                                                     THOMAS P. QUINN, JR,
                                                     Attorney for Defendant EQUIFAX
                                                     INFORMATION SERVICES LLC

## ORDER OF DISMISSAL

     CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

     IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff KENNETH SMITH against Defendant EQUIFAX INFORMATION SERVICES LLC are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

DATED: __1/23/07_____        _/s/ Claudia Wilken_____
                                                Claudia Wilken
                                                Judge, United States District Court

- 2 –
*Smith v. CitiFinancial et al.,* case no. C 06 2966 CW
Stipulation and Order for Dismissal of Equifax Information Services
ATLLIB01 2046691.1