THOMAS P. QUINN, JR.
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. SMITH, | |
| Plaintiff, | Case No. C 06 2966 CW |
| vs. | <u>AMENDED</u> STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX |
| CITIFINANCIAL; CITIBANK USA, NA; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., | and [~~PROPOSED~~] ORDER |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the Plaintiff against Defendant Equifax Information Services LLC ("EIS") are hereby dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal herein and to make

- 1 –
*Smith v. CitiFinancial et al.,* case no. C 06 2966 CW
Stipulation and Order for Dismissal of Equifax Information Services
ATLLIB01 2046691.1

1  all such orders and judgments which may be necessary and proper to dismiss the above-
2  titled action against EIS with prejudice.
3    **IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this
4  stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred
5  by each respectively in connection with said action.

            Kemnitzer Anderson Barron &
            Ogilvie LLP

DATED:  January 18, 2007   /s/  Andrew J. Ogilvie
                Andrew J. Ogilvie
                Attorney for plaintiff, KENNETH SMITH

            NOKES & QUINN

Dated:  January 18, 2007    /s/  Thomas P. Quinn, Jr
                THOMAS P. QUINN, JR,
                Attorney for Defendant EQUIFAX
                INFORMATION SERVICES LLC

## ORDER OF DISMISSAL

  CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

  IT IS ORDERED, ~~ADJUDGED AND DECREED~~ that the claims and demands of Plaintiff KENNETH SMITH against Defendant EQUIFAX INFORMATION SERVICES LLC are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

DATED: __1/23/07__      _____
                Claudia Wilken
                Judge, United States District Court

- 2 –

*Smith v. CitiFinancial et al.,* case no. C 06 2966 CW
Stipulation and Order for Dismissal of Equifax Information Services
ATLLIB01 2046691.1