UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. SMTIH, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> CITIFINANCIAL RETAIL ) <br> SERVICES and CITIBANK (SOUTH) <br> DAKOTA), N.A., ) <br> ) <br> Defendant(s). ) <br> ) | No. C06-2966 BZ <br><br> **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |

Having been reviewed plaintiff's Motion To Compel **IT IS HEREBY ORDERED** that the defendant shall set forth its position on the discovery dispute in a letter of <u>not</u> <u>more</u> than two pages to be served and filed by **noon on Thursday, February 15, 2007.  IT IS FURTHER ORDERED**, that a telephonic conference is scheduled for **Tuesday, February 20, 2007 at 11:00 a.m.,** to discuss the discovery dispute currently at issue.  Counsel for plaintiff shall contact counsel for defendant and call chambers at **(415) 522-4093.**

Dated: February 12, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH\SMITH.TWODAYDISC.ORD.wpd

1