1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. SMITH, ) | |
| ) | |
|     Plaintiff(s), ) | No. C06-2966 BZ |
| ) | |
|   v. ) | **FIRST DISCOVERY ORDER** |
| ) | |
| CITIFINANCIAL RETAIL ) | |
| SERVICES and CITIBANK (SOUTH) | |
| DAKOTA), N.A., ) | |
| ) | |
|     Defendant(s). ) | |
| ) | |
| _____ ) | |

    A telephonic conference was held on February 20, 2007, to discuss the discovery disputes outlined in plaintiff's Motion to Compel filed on February 9, 2007.  All parties were represented by counsel.  Failing resolution of plaintiff's request for the production of Christine Bland's and Rebecca Richards' depositions, plaintiff shall renotice that motion and provide any additional authority by **February 27, 2007.** Any opposition by defendants shall be filed by **March 12, 2007.** Any reply by plaintiff shall be filed by **April 19, 2007.**  If necessary, a hearing on plaintiff's motion will be

///

1

held on March 28, 2007.

Dated: February 20, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SMITH\schedule.order.wpd