1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  KENNETH E. SMITH,           )
                                )
12           Plaintiff(s),      )      No. C06-2966 BZ
                                )
13      v.                      )      **AMENDED FIRST DISCOVERY**
                                )      **ORDER (CORRECTS DATE REPLY**
14  CITIFINANCIAL RETAIL        )      **IS DUE)**
    SERVICES and CITIBANK (SOUTH )
15  DAKOTA), N.A.,              )
                                )
16           Defendant(s).      )
                                )
17  _____)

18       A telephonic conference was held on February 20, 2007,

19  to discuss the discovery disputes outlined in plaintiff's

20  Motion to Compel filed on February 9, 2007.  All parties were

21  represented by counsel.  Failing resolution of plaintiff's

22  request for the production of Christine Bland's and Rebecca

23  Richards' depositions, plaintiff shall renotice that motion

24  and provide any additional authority by **February 27, 2007.**

25  Any opposition by defendants shall be filed by **March 12, 2007.**

26  Any **reply** by plaintiff shall be filed by **March 19, 2007.**  If

27  necessary, a hearing on plaintiff's motion will be

28  ///

1   held on March 28, 2007.

2   Dated: February 21, 2007

3                                   _____

4                                   Bernard Zimmerman
                                    United States Magistrate Judge

5       G:\BZALL\-BZCASES\SMITH\amended schedule.order.wpd

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28