**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. SMITH,<br><br>            Plaintiff,<br><br>     v.<br><br>CITIFINANCIAL RETAIL SERVICES,<br>CITIBANK (SOUTH DAKOTA), N.A.,<br><br>            Defendants.<br>_____/ | No. C06-02966 BZ (EDL)<br><br>RECUSAL ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for settlement. The Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another magistrate judge.

IT IS SO ORDERED.

Dated: February 22, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge