Case 3:06-cv-02966-BZ   Document 72-1   Filed 03/02/2007   Page 1 of 2

Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron & Ogilvie LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kabolaw.com

Attorneys for Plaintiff Kenneth E. Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH E. SMITH,** | ) Case No. 3:06-cv-02966 BZ |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER PERMITTING PLAINTIFF |
| | ) TO FILE SUPPLEMENTAL |
| **CITIFINANCIAL RETAIL SERVICES, et al.,** | ) COMPLAINT |
| | ) |
| Defendants. | ) |

Plaintiff, Kenneth E. Smith, and defendants CitiFinancial Retail Services and Citibank

(South Dakota) NA stipulate to the entry of an order permitting plaintiff to file the attached

Supplemental Complaint pursuant to Rules 15(d) and 16(b) of the Federal Rules of Civil

Procedure and setting March 15, 2007 as the date for Citibank's response.

Dated: March 2, 2007          KEMNITZER, ANDERSON, BARRON & OGILVIE LLP

                              /s/      Andrew J. Ogilvie
                              Attorney for Plaintiff Kenneth E. Smith

Dated: March 2, 2007          Severson & Werson, A Professional Corporation

                              /s/      Regina J. McClendon
                              Attorney for defendants CitiFinancial Retail Services and
                              Citibank (South Dakota) National Association

*Smith v. CitiFinancial Retail Services, et al.* Case no. 3:06-cv-02966 BZ
Stipulation and [Proposed] Order re Supplemental Complaint                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Plaintiff may file the Supplemental Complaint forthwith. Citibank shall file its responsive

pleading on March 15, 2007.

Dated: March 5, 2007

Bernard Zimmerman
Magistrate Judge, United States District Court

*Smith v. CitiFinancial Retail Services, et al.* Case no. 3:06-cv-02966 BZ
Stipulation and [Proposed] Order re Supplemental Complaint

2

ANDREW J. OGILVIE       (SBN 057932)
KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Tel:    (415) 861-2265
Fax:    (415) 861-3151
ajogil@kabolaw.com

Attorney for Plaintiff, Kenneth E. Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CITIFINANCIAL RETAIL SERVICES et al.,<br><br>Defendants. | Case No. 3:06-cv-02966 BZ<br><br>**SUPPLEMENTAL COMPLAINT** |

Plaintiff, Kenneth E. Smith, files this supplemental complaint against defendant Citibank

USA, National Association ("Citibank") pursuant to Fed.R.Civ.P 15(d) and alleges as follows:

1.      This Supplemental Complaint is based upon events which occurred after plaintiff

filed the Complaint in this action.

2.      This action is brought pursuant to the Equal Credit Opportunity Act ("ECOA"),

15 U.S.C. § 1691 *et seq*. The Court has jurisdiction pursuant to 15 U.S.C. § 1691e(f).

3.      Plaintiff is a natural person who resides in Millbrae, California.

4.      Citibank, a national bank, has its principal place of business outside of California.

Case 3:06-cv-02966-BZ   Document 72-2   Filed 03/02/2007   Page 2 of 2

5.    In or about April 2005, plaintiff applied for a Home Depot Credit Card.

6.    Home Depot Credit Card accounts are issued by defendant Citibank.

7.    In or about April 2005, Citibank approved plaintiff's credit application, opened a Home Depot Credit Card account for him, and gave him a $15,000 line of credit.

8.    At various times in 2005 and 2006, plaintiff in good faith exercised his rights under the Fair Credit Reporting Act ("FCRA") by filing sending dispute letters to consumer reporting agencies and ultimately by filing suit against Citibank and other defendants.

9.    Some time after May 2, 2006, Citibank closed plaintiff's Home Depot Credit Card account because plaintiff in good faith had exercised his rights under FCRA.

10.   Citibank violated the ECOA by discriminating against plaintiff because he in good faith exercised his rights under the FCRA.

11.   Plaintiff has suffered damages resulting from Citibank's discriminatory conduct.

WHEREFORE, plaintiff demands judgment against defendant Citibank as follows:

a)        Declare Citibank's revocation of the account to violate the ECOA;

b)        Award plaintiff actual damages;

c)        Award plaintiff punitive damages; and

d)        Award plaintiff reasonable attorney's fees, costs, and such other relief as the Court may deem just and proper.

Dated:        March 2, 2007

/s/        Andrew J. Ogilvie
Attorney for plaintiff Kenneth E. Smith

*Smith v. CitiFinancial Retail Services*, N.D.Cal., case 3:06-cv-02966 BZ
Plaintiff's Supplemental Complaint

2