UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. SMITH, ) | |
| ) | |
| Plaintiff(s), ) | No. C06-2966 BZ |
| ) | |
| v. ) | |
| ) | |
| CITIFINANCIAL RETAIL ) | **ORDER SCHEDULING TELEPHONE** |
| SERVICES and CITIBANK (SOUTH) | **CONFERENCE** |
| DAKOTA), N.A., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**IT IS HEREBY ORDERED** that a telephone conference is scheduled for **Monday, April 9, 2007 at 9:30 a.m.** to discuss the discovery dispute contained in plaintiff's letter dated April 3, 2007.  Counsel for plaintiff shall get counsel for defendant on the line and contact chambers at **415-522-4093**.

Dated: April 5, 2007

　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　 Bernard Zimmerman
　　　　　　　　　　　　　　　　 United States Magistrate Judge

G:\BZALL\-BZCASES\SMITH\ORDER.SCHED.TELCONF.wpd

1