UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH E. SMITH, | ) | |
| Plaintiff(s), | ) | No. C06-2966 BZ |
| v. | ) | **ORDER SCHEDULING 30(b)(6) DEPOSITIONS** |
| CITIFINANCIAL RETAIL SERVICES and CITIBANK (SOUTH DAKOTA), N.A., | ) | |
| Defendant(s). | ) | |

Following a telephonic conference at which all parties were represented by counsel, **IT IS HEREBY ORDERED** that the depositions of defendant's 30(b)(6) witnesses shall proceed in San Francisco beginning on **April 24, 2007.** The parties are admonished to comply with the court's orders and the Local Rules of Court.

Dated: April 9, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\smith\depo.sch.order.wpd

1