UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH E. SMITH, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C06-2966 BZ |
| | ) | |
| v. | ) | **SCHEDULING ORDER** |
| | ) | |
| CITIFINANCIAL RETAIL SERVICES and CITIBANK (SOUTH DAKOTA), N.A., | ) ) ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Having received plaintiff's motion for attorneys' fees, **IT IS ORDERED** as follows:

    1.  Defendants' opposition, if any, shall be filed by **June 20, 2007**;

    2.  Plaintiff's reply, if any, shall be field by **June 27, 2007**;

    3.  If necessary, a hearing on the motion shall be held on **Wednesday, August 1, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Ave., San

///

///

1

1 | Francisco, CA 94102.

2 | Dated: May 14, 2007

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SMITH\Atty.Fee.Sch.ORD.wpd

2