1  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
2  REGINA J. McCLENDON (State Bar No. 184669)
   rjm@severson.com
3  ERIK KEMP (State Bar No. 246196)
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111
   Telephone:  (415) 398-3344
6  Facsimile:  (415) 956-0439

7  Attorneys for Defendants
   CITIFINANCIAL RETAIL SERVICES and
8  CITIBANK SOUTH DAKOTA,
   NATIONAL ASSOCIATION, successor in
9  interest to CITIBANK USA, NATIONAL
   ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. SMITH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITIFINANCIAL; CITIBANK USA, NA; TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: C 06-2966-BZ<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S ADMINISTRATIVE MOTION FOR A SEALING ORDER**<br><br>Judge:  Hon. Bernard Zimmerman |

Pursuant to the motion of defendants, and for good cause shown, the Court orders that the deadline of defendants CitiFinancial Retails Services and Citibank South Dakota, N.A. to respond to plaintiff's administrative motion for a sealing order is hereby extended to July 6, 2007.

**IT IS SO ORDERED.**

Dated: __July 2, 2007__　　　　　　　　　　　　　__/s/ Bernard Zimmerman__
　　　　　　　　　　　　　　　　　　　　　　　Hon. Bernard Zimmerman

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*