UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH E. SMITH, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C06-2966 BZ |
| | ) | |
| v. | ) | **ORDER DENYING MOTION FOR** |
| | ) | **SEALING ORDER** |
| CITIFINANCIAL RETAIL SERVICES and CITIBANK (SOUTH DAKOTA), N.A., | ) ) ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Before me is plaintiff's second administrative motion for sealing order. After considering defendants' response pursuant to Civil Local Rule 79-5(d) and plaintiff's response thereto, and for good cause appearing, the request for a sealing order is **DENIED**. While exhibits 14 and 15 may contain some confidential information, defendants fail to pinpoint such information or otherwise make a showing of harm relating to public disclosure.[1] Defendants have also failed to

---

[1] While it is true that I previously ordered this information provided pursuant to a protective order, see Docket No. 78. I made no determination as to whether the information could be filed into the public record under seal.

1

demonstrate the confidentiality of exhibit 16, which contains only defendants' written responses to plaintiff's interrogatories and not the documents referred to therein. Plaintiff shall file exhibits 14, 15, and 16 into the public record forthwith.

Dated: July 11, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SMITH\ORDER.DENY.SEAL.2.wpd